UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 15-cr-20788

v                                         Honorable Thomas L. Ludington

TRACY LEIGH LAFOND,

        Defendant.

_____/

**ORDER DENYING MOTION FOR NEW ATTORNEY AND MOTION TO WITHDRAW**

On December 9, 2015 an indictment was issued charging Defendant Tracy Leigh Lafond with three counts: (1) Distribution of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1); Receipt of child pornography in violation of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and (3) Possession of child pornography involving a prepubescent minor or minors who had not attained 12 years of age in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 1.

Lafond made his initial appearance in front of Magistrate Judge Patricia T. Morris on December 21, 2015, at which time he was appointed Attorney Elias J. Escobedo. *See* ECF Nos. 6, 9. Pursuant to the Government's motion, Lafond was denied bond and ordered to be detained pending trial. *See* ECF No. 8. Lafond then filed a motion for bond on January 15, 2016, which was denied by this Court at a hearing held on February 8, 2016.

On April 7, 2016 Lafond sent a letter to this Court seeking the appointment of new counsel, claiming that he had lost faith in his current counsel's ability to defend him. *See* ECF No. 19. The Court construed Lafond's letter as a motion for a new attorney. Attorney Escobeda filed a response to Lafond's letter on April 21, 2016, detailing the efforts he had put forth in

preparing Lafond's case. *See* ECF No. 21. Noting that there had apparently been a breakdown of the attorney-client relationship, Attorney Escobedo sought permission to withdraw as Lafond's counsel. *Id*.

On April 27, 2016 a hearing was held on both requests. For the reasons stated on the record, both requests will be denied.

Accordingly, it is **ORDERED** that Defendant Lafond's motion for the appointment of a new attorney, ECF No. 19, is **DENIED**.

It is further **ORDERED** that Attorney Escobedo's motion to withdraw as counsel for Defendant is **DENIED**.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: April 29, 2016

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 29, 2016.

                        s/Michael. A. Sian
                        MICHAEL A. SIAN, Case Manager